# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRYAN MICHAEL FERGUSON, A.K.A.,
BRYAN MICHAEL FERGASON
    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

Case No. 2:14-cv-00179-GMN-VCF

**ORDER**

This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Respondents have filed a motion for a second extension of time in which to file an answer to the remaining grounds of the petition. (ECF No. 24). Respondents seek an extension of time, up to and including December 23, 2015, to file an answer. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for a second extension of time to file an answer to the remaining grounds of the petition (ECF No. 24) is **GRANTED.** The answer shall be filed on or before **December 23, 2015.**

Dated this \_\_23\_\_ day of November, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court